IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| RANDY LEE CAPEHART, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 324-030 |
| | ) | |
| COMMISSIONER OF THE GEORGIA | ) | |
| DEPARTMENT OF CORRECTIONS; | ) | |
| ASSISTANT COMMISSIONER | ) | |
| OVERSEEING DELIVERY OF HEALTH | ) | |
| CARE; WHEELER CORRECTIONAL | ) | |
| PRISON; and DR. NEAV, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. In lieu of objections, Plaintiff filed a document the Clerk of Court interpreted as a notice of appeal to the Eleventh Circuit, the substance of which responds to the Magistrate Judge's analysis of why the case should be dismissed.[1] (Doc. no. 7.) Plaintiff's appeal to the Eleventh Circuit regarding the recommendation of dismissal does not divest this Court of jurisdiction to proceed.[2]

---

[1] Even if the Court were to consider Plaintiff's submission as objections rather than a notice of appeal, they would be overruled, as nothing therein changes the analysis that the case is due to be dismissed for the reasons explained by the Magistrate Judge. (See doc. no. 5.)

[2] Although filing a notice of appeal generally divests a district court of jurisdiction over those issues involved in the appeal, "a notice of appeal filed with respect to a non-appealable order does not have any effect on the district court's jurisdiction." United States v. Riolo, 398 F.

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's case for failure to follow a Court order and failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this 6th day of June, 2024, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

---

App'x 568, 571 (11th Cir. 2010) (*per curiam*) (citation omitted). The recommendation for dismissal by the Magistrate Judge is not an appealable order. See Young v. Ward, Civ. Act. No. 321-008, 2021 WL 2295586, at *1 (S.D. Ga. June 4, 2021); Garcia v. JP Morgan Chase, No. 1:11-CV-2149-AT-2012 WL 13008803, at *1 (N.D. Ga. Mar. 9, 2010).