IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AUG - 6 2024

FILED

| | |
|---|---|
| RANDY LEE CAPEHART, | ) |
| | ) |
| Plaintiff-Appellant, | ) |
| | ) Case No. CV324-030 |
| | ) |
| COMMISSIONER OF THE GEORGIA | ) |
| DEPARTMENT OF CORRECTCIONS, | ) |
| et al., | ) |
| | ) |
| Defendants-Appellees | ) |

O R D E R

The United States Court of Appeals for the Eleventh Circuit having dismissed the caption matter,

**IT IS HEREBY ORDERED** that the mandate of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

SO ORDERED, this 6th day of August, 2024.

_____
DUDLEY H. BOWEN, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA